-PS-O-

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

_____

VANESSA FLAHN,

          Plaintiff,

-v-

UNITED STATES POSTAL SERVICE,

          Defendant.
_____

DECISION AND ORDER
06-CV-6383CJS(Fe)

      Plaintiff was appointed of counsel pursuant to 28 U.S.C. § 1915(e)(1). Erin M. Sobkowski, Esq. has now requested to be relieved of the appointment because she is leaving her position at Chamberlain, D'Amanda, Oppenheimer & Greenfield LLP. The Court hereby relieves Ms. Sobkowski of her assignment and assigns Michael A. Sciortino, Esq., also of Chamberlain, D'Amanda, Oppenheimer & Greenfield LLP, 2 State Street., Suite 1600, Rochester, NY 14614, *pro bono*, to faithfully and diligently represent plaintiff in this case.

      The Clerk of the Court is directed to send Michael A. Sciortino a copy of this Order and the Guidelines Governing Reimbursement from the District Court Fund of Expenses Incurred by Court Appointed Counsel.[1] Plaintiff's attorney is directed to contact the Court by **December 10, 2007** to request a date for a status conference to discuss further proceedings in the case.

      SO ORDERED.

Dated:    Nov 7, 2007
           Rochester, New York

                                          /s/ Charles J. Siragusa
                                          CHARLES J. SIRAGUSA
                                          United States District Judge

---

[1] This information and the forms are also available on the Court's web site at the Attorney Information link from the home page located at: http://www.nywd.uscourts.gov/document/fundreimbvoweb.pdf.